**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1397**

In re: CLINTON C. BARLOW, III,

  Petitioner.

On Petition for Writ of Mandamus.

Submitted: January 4, 2018                    Decided: February 6, 2018

Before AGEE, Circuit Judge, and HAMILTON and SHEDD, Senior Circuit Judges.

Petition dismissed by unpublished per curiam opinion.

Clinton C. Barlow, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clinton C. Barlow, III, petitions for a writ of mandamus relating to his habeas petition filed in the District of New Jersey, as well as a permanent filing injunction imposed on him by that court. We lack authority to grant mandamus relief in a case over which we would not have appellate jurisdiction. *See In re Ojeda Rios*, 863 F.2d 202, 204 (2d Cir. 1988); *cf. In re Va. Elec. & Power Co.*, 539 F.2d 357, 365 (4th Cir. 1976) (holding that 28 U.S.C. § 1651 "authorizes this court to issue writs of mandamus to district courts in the circuit"). Accordingly, we deny leave to proceed in forma pauperis and dismiss the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*